UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARANDA CARSON #672758,

    Plaintiff,

v.

    Case No. 1:23-cv-771

    HONORABLE PAUL L. MALONEY

UNKNOWN DOBE,

    Defendant.
_____/

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  August 28, 2025

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge